**BLANKROME**

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023

**MEMORANDUM ENDORSED**

Phone:  (212) 885-5130
Fax:    (917) 332-3092
Email:  martin.krezalek@blankrome.com

June 28, 2023

**VIA ECF FILING**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 12C
New York, New York 10007

Re: **Toro v. American Car Craft, LLC, Case No. 1:23-cv-01899-GHW**

Dear Judge Woods,

Defendant American Car Craft, LLC ("Defendant"), by and through its undersigned counsel, submits this letter-motion, pursuant to Rule I (E) of your Individual Rules and Procedures for Civil Cases, requesting an adjournment of the initial pretrial conference in this matter on July 6, 2023 at 3:00pm.

Defendant seeks a 30-day adjournment to accommodate counsel's availability. Counsel for Defendant is traveling abroad between June 26–July 7, 2023 (inclusive) and is therefore unavailable on July 6, 2023. Plaintiff's counsel has also communicated that he will be out of the country in mid-July. Counsel will be available from August 6, 2023 for the initial pretrial conference at the court's convenience.

Defendant has previously requested one extension of time to answer or otherwise respond to Plaintiff's Complaint. That request was filed on April 20, 2023 (ECF No. 8) and was unopposed by counsel for Plaintiff. That request was denied as mood on April 20, 2023 (ECF No. 9).

Plaintiff has consented to the adjournment proposed in this letter-request, as communicated by his counsel of record.

Respectfully submitted,

/s/ *Martin S. Krezalek*
Martin S. Krezalek

cc: Mars Khaimov (via ECF)

---

Application granted. The initial pretrial conference in this case is adjourned to August 21, 2023 at 1:00 p.m. The joint letter in advance of that conference must be filed no later than August 14, 2023. In addition, the Court observes that the parties have failed to respond to the Court's April 20, 2023 order concerning consent to proceedings before the assigned Magistrate Judge. *See* Dkt. No. 10. The parties are directed to respond to that order (in the manner instructed by that order) by no later than July 10, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: June 29, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge