```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
LUIS TORO, on behalf of himself and all others similarly          :
situated,                                                         :
                                                                  :           1:23-cv-1899-GHW
                                                    Plaintiff,    :
                                                                  :                ORDER
                         -v -                                     :
                                                                  :
AMERICAN CAR CRAFT, LLC,                                          :
                                                                  :
                                                   Defendant.     :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

GREGORY H. WOODS, United States District Judge:

On June 29, 2023, in an order adjourning an initial conference in this case, the Court also reminded the parties of their obligation to respond to the Court's order concerning consent to proceedings before the assigned Magistrate Judge. Dkt. No. 12, *see* Dkt. No. 10. Specifically, the parties were directed to respond to the Court's April 20, 2023 order by no later than July 10, 2023. Dkt. No. 12. No such response has been submitted. The parties are hereby directed to respond to the Court's April 20, 2023 order by no later than July 20, 2023.

SO ORDERED.

Dated: July 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge